**Dismiss and Opinion Filed December 3, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01235-CV

### IN THE INTEREST OF A.N., A CHILD

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-30144-2014**

## MEMORANDUM OPINION

Before Justices Bridges, Francis, and Myers
Opinion by Justice Myers

This appeal arises from the termination of appellant's parental rights with regard to the child A.N. Upon review of the clerk's record in the case, it appeared that the Texas Department of Family and Protective Services had also sought the termination of the parental rights of A.N.'s mother, but the trial court had not yet rendered a judgment with regard to mother's parental rights. By letter dated October 28, 2015, the Court requested that the parties provide the Court with jurisdictional briefing explaining how the Court has jurisdiction over this appeal. To date no party has responded. Because we conclude the order appellant seeks to appeal is interlocutory, we dismiss the appeal for want of jurisdiction.

Appellant, who was determined by paternity test to be A.N.'s biological father, appeals the trial court's October 15, 2015 Interlocutory Order of Termination of Parental Rights, which terminated his parental rights with regard to A.N. The October 15, 2015 Interlocutory Order of Termination of Parental Rights also terminated the parental right of A.N.'s presumed father, who

was excluded as the biological father of A.N. by paternity testing and who executed an affidavit of voluntary relinquishment. The presumed father has not appealed. Although the Department pleaded for termination of the parental rights of A.N.'s mother, the trial court's October 15, 2015 order did not dispose of that claim. Instead, the trial court's October 15, 2015 order extended by six months the original date of dismissal of the case with regard to mother's parental rights.

Appellate courts have jurisdiction only over appeals from final judgments and from interlocutory orders designated by the legislature as appealable. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001); *see, e.g.*, TEX. CIV. PRAC. & REM. CODE ANN. § 51.014 (West 2015); *see also* TEX. R. CIV. P. 301 ("Only one final judgment shall be rendered in any cause except where it is otherwise specially provided by law."). A judgment is final and appealable if it disposes of all parties and all issues. *Lehmann*, 39 S.W.3d at 195. Without affirmative statutory authority to hear an interlocutory appeal, this Court is without jurisdiction.

In a case in which the Department of Family and Protective Services seeks an order terminating the parental rights of both parents, an order that terminates the parental rights of only one of the parents is an interlocutory order. *In re L.M.H.*, No. 04-12-00168-CV, 2012 WL 2022869, at *1 (Tex. App.—San Antonio June 6, 2012, no pet.) (dismissing appeal of order terminating parental rights of father because parental rights of mother remained to be addressed); *In re C.H.*, No. 2-09-060-CV, 2009 WL 1564936, at *1 (Tex. App.—Fort Worth June 4, 2009, no pet.) (dismissing appeal of order terminating mother's parental rights because case remained pending in the trial court with regard to father's parental rights); *D.R. v. Tex. Dep't of Family & Protective Servs.*, No. 08-07-00355-CV, 2008 WL 5256431, at *2-3 (Tex. App.—El Paso Dec. 18, 2008, no pet.) (concluding order terminating father's parental rights was not final until order addressing additional parties and children involved in case was rendered). The clerk's record in this case reflects that the case remains pending in the trial court with regard to mother's parental rights and that appellant has not filed a

motion to sever the judgment terminating his rights. Thus, no final, appealable judgment has been rendered in this case.

We dismiss the appeal for want of jurisdiction.


/Lana Myers/
LANA MYERS
JUSTICE

151235F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF A.N., A CHILD

No. 05-15-01235-CV

On Appeal from the 199th Judicial District Court, Collin County, Texas
Trial Court Cause No. 199-30144-2014.
Opinion delivered by Justice Myers. Justices Bridges and Francis participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED** for want of jurisdiction.

Judgment entered this 3rd day of December, 2015.